UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BELLONIO                )<br>    Plaintiff,                                   )<br>                                                   )<br>v.                                                )<br>                                                   )<br>LEADING EDGE RECOVERY SOLUTIONS, LLC  )<br>    Defendant                              )<br>                                                   ) | CIVIL ACTION<br><br>JURY TRIAL DEMANDED<br><br><br>FEBRUARY 26, 2013 |

## COMPLAINT

1. This is a suit brought by a consumer under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.,* against Leading Edge Recovery Solutions, L.L.C. ("Leading Edge"). Plaintiff also includes pendent state law claims for Leading Edge's violations of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat § 42-110a *et seq*.

2. Plaintiff Kimberly Bellonio is a consumer residing in East Haven, Connecticut, and is a "consumer" as defined by the FDCPA.

3. Leading Edge is an Illinois limited liability company with its primary headquarters in Chicago. Leading Edge is a "debt collector" as defined by the FDCPA.

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692, 28 U.S.C. § 1331, and 28 U.S.C. § 1367.

5. This Court has jurisdiction over Leading Edge because it regularly conducts business in Connecticut.

6. Venue is proper because the transaction alleged herein occurred in this state.

7. Prior to 2012, Bank of America claimed a debt on a consumer credit card (the "Debt").

8. Leading Edge attempted to collect the Debt.

9. Leading Edge contacted third parties and discussed, or left messages discussing, the Debt. These third parties included individuals at Plaintiff's place of employment, and, upon information and belief, family members of the Plaintiff.

10. At no time did Plaintiff provide Leading Edge with consent to contact her family members or any other third parties and, at the time of those calls, Leading Edge was already in possession of Plaintiff's home address and telephone number.

11. Additionally, during telephone conversations with Plaintiff, Leading Edge employees employed an overly aggressive, hostile, and belligerent tone and made improper demands for Plaintiff to ask family members to loan her the money for repayment of the Debt.

12. As a result of the conduct of Leading Edge, Plaintiff suffered severe emotional distress, humiliation, embarrassment and shame.

13. Leading Edge violated the FDCPA § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of a debt, as described above.

14. Leading Edge also violated FDCPA § 1692c(b) by contacting third parties, as described above, without Plaintiff's prior express consent and despite already having Plaintiff's home address and telephone number.

15. Leading Edge's conduct also constitutes unfair and deceptive acts in violation of CUTPA that have caused Plaintiffs ascertainable losses, including, but not

limited to, emotional distress, embarrassment, shame, and disclosure of private personal information to third parties.

WHEREFORE, the Plaintiff claims actual damages and statutory damages of up to $1,000 pursuant to 15 U.S.C. § 1692k(a); attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3); and actual damages, attorney's fees and costs, and punitive damages pursuant to Conn. Gen. Stat. §42-110g.

PLAINTIFF KIMBERLY BELLONIO

By: /s/Hailey R. Gallant
    Daniel S. Blinn (ct02188)
    Hailey R. Gallant (ct29150)
    Consumer Law Group, LLC
    35 Cold Spring Rd, Suite 512
    Rocky Hill, CT  06067-9997
    hgallant@consumerlawgroup.com
    dblinn@consumerlawgroup.com
    Tel (860) 571-0408
    Fax (860) 571-7457