UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY BELLONIO )<br>    Plaintiff,                                ) | CIVIL ACTION<br>NO.: 3:13-cv-274-AWT |
| )<br>)<br>v.                                                            )<br>) | |
| LEADING EDGE RECOVERY SOLUTIONS, LLC )<br>    Defendant                 ) | JULY 29, 2013 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Kimberly Bellonio, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, KIMBERLY BELLONIO

By: /s/Daniel S. Blinn_____
    Daniel S. Blinn, Fed Bar No. ct02188
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd., Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax (860) 571-7457

## CERTIFICATION

     I hereby certify that on this 29th day of July, 2013, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                        /s/Daniel S. Blinn
                                        Daniel S. Blinn